**Domingo CANSECO-RODRIGUEZ, AKA Domingo Conseco Rodriguez, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 15-71170**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 20, 2016

Christopher John Stender, Esquire, Attorney, Federal Immigration Counselors, AZ, PC, Phoenix, AZ, for Petitioner

Aimee J. Carmichael, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Domingo Canseco-Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination. *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir. 2004). We deny the petition for review.

Substantial evidence supports the agency's determination that Canseco-Rodriguez failed to provide sufficient testimonial and documentary evidence to establish the requisite ten years of continuous physical presence in the United States. *See* 8 U.S.C. § 1229b(b)(1)(A), (d)(1).

We reject Canseco-Rodriguez's contention that the agency failed to analyze all relevant evidence. *See Najmabadi v. Holder*, 597 F.3d 983, 990–91 (9th Cir. 2010) (holding the BIA adequately considered evidence and sufficiently announced its decision).

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.